tence to 15 years. *People v. Monroe* (1972), 6 Ill.App.3d 1051, 286 N.E. 2d 824.

Affirmed as modified.

McNAMARA and McGLOON, JJ., concur.

CHRISTINE E. HARTMAN, Plaintiff-Appellee, *v.* ARLIE A. HARTMAN *et al.,* Defendants—(JAMES E. HARTMAN *et al.,* Defendants-Appellants.)

(No. 55910;

First District (3rd Division)—April 5, 1973.

*Rehearing denied May 3, 1973.*

Opinion by Mr. JUSTICE McNAMARA.

J. Edward Jones, of Blue Island, for appellants.

Korean Movsisian, of Chicago, for appellee.